# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JESUS MARTINEZ DELGADO,<br>Defendant. | No. CR 09-445-59 DSF<br><br>ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL (Dkt. 3150) |

    On December 1, 2020, Defendant filed a Motion for Reduction of Sentence Under 3582(c)(2). The Court set a briefing schedule for the motion. Defendant sought a continuance of the date for his reply, which the Court granted on March 31, 2021. Defendant apparently had not received that order at the time he submitted the instant motion.

    Defendant now moves for appointment of counsel, which he strongly believes will result in a reduction of his sentence. Although courts have discretion to appoint counsel in § 3582(c) proceedings, there is no statutory or constitutional right to counsel. United States v. Townsend, 98 F.3d 510, 512-13 (9th Cir. 1996) (per curiam) (agreeing with the Fifth Circuit that no right to counsel attaches in a § 3582(c) proceeding because "the constitutional right to counsel extends only through the defendant's first appeal."); United States v. Webb, 565 F.3d 789,

795 (11th Cir. 2009) (upholding denial of counsel in § 3582(c)(2) proceeding and citing Fed. R. Crim. P. 43(b)(4)); see also United States v. Richardson, 569 Fed. Appx. 504, 505 (9th Cir. 2014) (upholding discretionary decision not to appoint counsel in § 3582(c) proceedings).

It is highly unlikely that appointment of counsel would assist Defendant. The motion is denied. Defendant may have until July 29, 2021 to submit his reply.[1]

IT IS SO ORDERED.

Date: June 30, 2021

Dale S. Fischer
United States District Judge

---

[1] The Court's previous order denying counsel was returned as undeliverable, apparently because Defendant was transferred to a different institution.