# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JESUS MARTINEZ-DELGADO,<br>Defendant. | 2:25-cv-01801-DSF<br>2:09-cr-00445-DSF-59<br><br>Order Granting Motion that the Court Order the United States Attorney to File an Answer; (Case No. 25-cv-01801, Dkt. 6) and Setting Briefing Schedule |

    Defendant/Petitioner's Motion pursuant to 28 U.S.C. § 2255 in Case No. 25-cv-01801 is granted.  The United States Attorney is ordered to file a response to the Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 no later than October 14, 2025.  A hearing on the Motion is set for October 20, 2025.

    IT IS SO ORDERED.

Date: September 29, 2025

                                                     Dale S. Fischer
                                                     United States District Judge