# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>JESUS MARTINEZ-DELGADO,<br>    Defendant. | 2:24-cv-2124-DSF<br>2:09-cr-445-DSF-59<br><br>ORDER DENYING MOTION TO SUBSTITUTE DEFENDANT COUNSEL<br>2:24-cv-2124-DSF Dkt. 15<br>2:09-cr-445-DSF-59 Dkt. 3519 |

      On March 14, 2024, Defendant/Movant Jesus Martinez-Delgado filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. After briefing, including supplemental briefing from Delgado, the Court granted the motion. 2:24-cv-2124-DSF Dkt. 8; 2:09-cr-445-DSF-59 Dkt. 3496.

      On January 29, 2025, Delgado filed a Motion to Substitute Defendant Counsel asking the Court to appoint counsel to amend his 28 U.S.C. § 2255 motion. As the Court has already denied the § 2255 motion, the request to substitute counsel is denied as moot.[1]

---

[1] On February 26, 2025, Delgado filed another pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. 2:25-cv-1801 DSF; 2:09-cr-445-DSF-59 Dkt. 3534. The government filed a motion to dismiss the case, which the Court granted on October 10, 2025. 2:25-cv-1801 DSF Dkt. 9; 2:09-cr-445-DSF-59 Dkt. 3608.

IT IS SO ORDERED.

Date: October 16, 2025

_____
Dale S. Fischer
United States District Judge