# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>           v.<br><br>JESUS MARTINEZ-DELGADO,<br>    Defendant. | 2:25-cv-01801-DSF<br>2:09-cr-00445-DSF-59<br><br>Order DENYING Motion for Reconsideration (Dkt. 18) |

    Defendant has moved for reconsideration of the Court's order and judgment denying his motion under 28 U.S.C. § 2255. Defendant has appealed that judgment, and the Court likely lacks jurisdiction to consider the motion. But, to the degree that the Court has jurisdiction, the motion would be denied on the merits.

    The motion is DENIED.

    IT IS SO ORDERED.

Date: November 19, 2025

                                             Dale S. Fischer
                                             United States District Judge